UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEAN WATTS | CIVIL ACTION |
| VERSUS | NO. 15-1807 |
| NATHAN CAIN, II | SECTION: "N"(3) |

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on February 23, 2017 (Rec. Doc. No. 17), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Sean Watts is **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 7th day of March, 2017.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE